# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BERTHA JEAN GRAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF AVIATION,<br><br>　　　　Defendant. | 2:04-CV-01703 JCM (GWF)<br><br>Date:　　N/A<br>Time:　　N/A |

## ORDER

Presently before the court are the report and recommendations (#9) of United States Magistrate Judge George W. Foley recommending that the action be dismissed for want of prosecution. Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. No objections were filed.

On November 13, 2006, Magistrate Judge Foley issued an order (#8) instructing the parties to file a status report by November 24, 2006. The court informed the parties that failure to do so would result in a recommendation that the case be dismissed. To date no status report has been filed.

Upon review of the magistrate judge's findings and recommendations (#9) and there being no objections filed,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Magistrate Judge Foley's

**James C. Mahan**
**U.S. District Judge**

1 report and recommendations (#9) are AFFIRMED in their entirety.

2     IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action, be and the

3 same hereby is, DISMISSED without prejudice.

4     DATED this 17th day of January, 2007.

                                            **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -